PETER E. GREVELDING, JR., as Executor of JASON M. RHOADES, Deceased, Respondent, v STATE OF NEW YORK, Appellant. (Claim No. 109855.)

Submitted February 16, 2016; decided May 5, 2016

Motion for leave to appeal from the amended judgment of Supreme Court entered upon the October 2015 Appellate Division order dismissed upon the ground that the Appellate Division order, not the amended judgment, is the final appealable paper in this action (*see* CPLR 5611; *Whitfield v City of New York*, 90 NY2d 777 [1997]).

Judge FAHEY taking no part.